## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Bianca M. Rios Poll, being duly sworn, do hereby make the following statement:

## BACKGROUND

1.  I am employed as a Deportation Officer (DO) with the United States Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO). I have been employed with ICE since November 2025. From May 16, 2022, up to November 30, 2025, I worked as a U.S. Customs and Border Protection Officer assigned to San Ysidro Port of Entry in San Diego, California. I have completed Enforcement and Removal Operations Basic Virtual Deportation Officer Training Program in Glynco, Georgia. I am currently assigned to the Miami Field Office, and I am stationed at the San Juan, Puerto Rico sub-office.

2.  I have a total of 4 years of training and experience in the criminal and civil enforcement of the immigration and naturalization laws of the United States. Part of my duties as an ICE officer require me to identify, locate, apprehend, and remove noncitizens who are in violation of the Immigration and Nationality Act (INA). Furthermore, as an ICE Officer, I am assigned to conduct investigations of criminal violations of the immigration laws of the United States, including violations of Title 8 and Title 18 of the United States Code, and to ensure the removal of those noncitizens that have been found to be in the United States in violation of the immigration laws.

3.  This Affidavit is made in support of a Criminal Complaint against Alex Ortega (a.k.a. Alexis Camarena; Alexis Camarena Ortega; Alex Camarena Ortega) for violation of Title 8, United States Code, Sections 1326(a)(1) and (b)(1) (illegal re-entry after a felony conviction).

4.  I make this affidavit based on my own personal knowledge, and oral and written reports by other federal, state, and/or local law enforcement agents and officers that investigated this matter.

Affidavit in Support of Criminal Complaint
*United States v. Alex Ortega*

This affidavit does not contain all the information derived from this investigation only that which is sufficient to establish probable cause.

## **INVESTIGATION**

5.      On July 13, 2026, Alex Ortega presented himself at the Immigration and Customs Enforcement (ICE), San Juan ERO, Guaynabo sub-office and stated that he was illegally present in the United States. At that time, record checks were conducted and revealed that Alex Ortega was not admitted or paroled in to the United States and does not have any documents to enter or remain legally in the United States. Subsequently, Alex Ortega was arrested and detained for further investigation and processing.

6.      Further record checks and review of the databases revealed that Alex Ortega has prior immigration and criminal history including, but not limited to, the following:

a.      On June 28, 2002, Alex Ortega was encountered by Immigration and Naturalization Service (INS) agents. Alex Ortega was brought to the Attention of INS agents by the Puerto Rico Police Department after he was detained as part of a Police investigation in San Juan, Puerto Rico.  Alex Ortega claimed to have entered the United States without being inspected on or about January 2002, onboard a vessel that arrived from the Dominican Republic. Alex Ortega was identified as a national and citizen of the Dominican Republic and granted voluntary departure. On or about July 2, 2002, Ortega departed from the United States to his native country, the Dominican Republic.

b.      On June 23, 2010, ICE agents identified Alex Ortega at Correctional Institution in Bayamon, Puerto Rico. Alex Ortega was incarcerated pending charges for violations of the Puerto Rico Penal Code and Weapons Law. On August 4, 2010,

Affidavit in Support of Criminal Complaint
*United States v. Alex Ortega*

Alex Ortega pled guilty to violations to Article 198 (attempt) of the Puerto Rico Penal Code and Article 5.05 of the Puerto Rico Weapons Law. Alex Ortega was convicted and sentenced to 1 year, 6 months and 1 day of imprisonment for violating Article 198 (attempt) of the Puerto Rico Penal Code; and was sentenced to 6 months and 1 day of imprisonment for violating Article 5.05 of the Puerto Rico Weapons Law.

c.    On April 24, 2012, Alex Ortega was issued a Final Administrative Removal Order. On June 21, 2012, Alex Ortega was removed from the United States to his native country, the Dominican Republic after serving his sentence.

d.    On or about March 3, 2026, ICE and HSI special agents arrested Alex Ortega at the Carolina Municipal Police Department in Carolina, Puerto Rico. Alex Ortega was a subject of a Police investigation related to the possession of stolen property, however, no formal charges were filed. On March 14, 2026, DHS issued a Notice of Intent and Decision to Reinstate Prior Order for Alex Ortega, and on March 31, 2026, Alex Ortega was removed from the United States to his native country, the Dominican Republic.

7.    Further record checks and review of the databases confirmed that as of July 13, 2026, Alex Ortega does not have any pending petitions with United States Customs and Immigration Services (USCIS), has not obtained consent from the Secretary of Homeland Security to enter the United States, nor does he have any immigration documents allowing him to legally enter or remain in the United States.

8.    The investigation revealed that on or about July 13, 2026, Alex Ortega, a national and citizen of the Dominican Republic, was found in the United States after being previously removed

Affidavit in Support of Criminal Complaint
*United States v. Alex Ortega*

from the United States, subsequent to a felony conviction. Furthermore, Alex Ortega was not admitted, inspected, or paroled into the United States by an immigration officer.

## **CONCLUSION**

Based on the facts contained herein, I understand that there is probable cause to believe that Alex Ortega was found in the United States in violation of Title 8, United States Code, Sections 1326(a)(1) and (b)(1).

I hereby, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

BIANCA M
RIOS POLL
Digitally signed by BIANCA M RIOS POLL
Date: 2026.07.15 09:46:32 -04'00'

Bianca M. Rios Poll
Deportation Officer
U.S. Immigration and Customs Enforcement
Enforcement and Removal Operations

Sworn in accordance with the requirements of Fed. R. Crim. 4.1 by telephone at 10:52 p.m., on the 15th day of July 2026.

Digitally signed by Hon.
Giselle López-Soler

Honorable Giselle López-Soler
United States Magistrate Judge